IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AURORA LOAN SERVICES,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 09-00516 CW<br><br>ORDER TRANSFERRING CASE |

　　On February 4, 2009, Plaintiff filed the above-captioned case. Pursuant to the complaint, Plaintiff and the Defendant are located in Sacramento County and the events which give rise to the claim occurred in Sacramento County. Sacramento County is located in the East District of California. Accordingly,

　　IT IS HEREBY ORDERED that the above-captioned case is transferred to the Eastern District of California.

Dated: 2/10/09

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE LOPEZ,

        Plaintiff,

v.

AURORA LOAN SERVICES et al,

        Defendant.

Case Number: CV09-00516 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Enrique Lopez
10081 Liberty
Galt, CA 95632

Dated: February 10, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2